UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
August 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: SAF
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE NO. 25-CR-388-XR |
| | § | |
| JAIME ALBERTO QUINTANILLA-CHAVEZ | § | |
| | § | |

**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS**

Came on the application of Jaime Alberto Quintanilla-Chavez, through his counsel, representing that his cause is set for a court proceeding in San Antonio, Texas, on August 25, 2025 at 1:30pm; that Jaime Alberto Quintanilla-Chavez**,** is now incarcerated, and in the custody of the Immigration Authorities at the Immigration Detention Center in Pearsall, Texas, and that justice demands Mr. Quintanilla-Chavez's presence at such proceedings; and the Government is unopposed.

The Court directs the issuance of a Writ of Habeas Corpus for the attendance of said Defendant; and the Court, being of the opinion that said application should be granted; it is, therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus, addressed to Immigration authorities at the Immigration Detention Center in Pearsall, Texas, directing that said Defendant be delivered into the custody of the United States Marshal, and directing said Marshal to bring the Defendant before this Court in San Antonio, Texas, at 1:30 p.m., on August 25, 2025, for the purpose of said hearing, and at the conclusion of said proceeding that day to return said Defendant to the custody of Immigration transport officers in Pearsall, Texas.

SIGNED and ENTERED at San Antonio, Texas, this 21st day of August, 2025.

Honorable Judge Xavier Rodriguez,
United States District Judge