UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:25-CR-00388(1)-XR |
| | § | |
| (1) JAIME ALBERTO QUINTANILLA-CHAVEZ | § | |

**GOVERNMENT EXHIBITS**

| Exhibit | Description | Date Admitted |
|---|---|---|
| G-1 | DPS Body Camera 1 | 8/25/25 |
| G-2 | DPS Body Camera 2 | 8/25/25 |
| G-3 | Identification from HSI Tip | 8/25/25 |
| G-4 | Email - Referral HSI Alpine | 8/25/25 |

\*\*\* Exhibits are electronically received and stored in the JERS - L drive.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE