UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:25-cr-00388-XR-1 |
| | ) | |
| JAIME ALBERTO QUINTANILLA-CHAVEZ, | ) | San Antonio, Texas |
| | ) | July 15, 2025 |
| Defendant. | ) | |
| | ) | |

# TRANSCRIPT OF ARRAIGNMENT
BEFORE THE HONORABLE HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

FOR THE DEFENDANT:
Marina Thais Douenat
Federal Public Defender's Office
300 Convent Street, Suite 2300
San Antonio, TX 78205

COURT RECORDER: FTR Gold

Proceedings reported by electronic sound recording. Transcript produced by computer-aided transcription.

*(3:09 p.m.)*

THE COURT: Good afternoon. Please be seated.

I have one case set for arraignment this afternoon. The case is SA:25-CR-388, United States of America v. Jaime Alberto Quintanilla-Chavez.

Let me get announcement of defense counsel, if I may, at that time.

MS. DOUENAT: Your Honor, Marina Douenat on behalf of Jaime Alberto Quintanilla-Chavez. We're present and ready.

THE COURT: All right. Very well. Good afternoon.

Mr. Quintanilla, this is an arraignment. It's a formal proceeding. It's the beginning of formal proceedings in your case. At this hearing I make sure that you've received a copy of the charge against you and enter a plea of not guilty on your behalf. This is an important hearing because it'll set the deadlines for all the other hearings in your case, including the deadline for trial.

To conduct this hearing, I need to ask you a few questions. And so I'm going to ask my courtroom deputy to place you under oath at this time.

THE CLERK: Raise your right hand, please.

*(The oath was administered in Spanish through the official court interpreter)*

THE CLERK: Thank you. You may lower your hand.

THE COURT: All right. First question I have to ask,

I want to make sure you're understanding the proceedings. So let me ask you this, whether currently you're suffering from any physical ailment, taking any sort of medication, have any sort of physical or mental condition or under the influence of drugs or alcohol at this time? Anything like that that would make it difficult for you to understand me? Any problems like that, Mr. Quintanilla?

THE DEFENDANT: No.

THE COURT: All right. Then let me ask counsel, any doubts as to the competency of your client?

MS. DOUENAT: None, Your Honor.

THE COURT: All right. Very well.

Now, you should have received a copy of the indictment in this case, Mr. Quintanilla. It's a single count indictment. It has one charge. It's a charge of assault on a federal officer. Let me ask you, have you received a copy of this charge and had a chance to discuss it with your attorney?

THE DEFENDANT: Yes.

THE COURT: All right. Now, at this time the charge can be read aloud into the record or, if you've had the opportunity to discuss it with your attorney, that can be waived.

Let me hear from you on that, Ms. Douenat.

MS. DOUENAT: We waive the reading of the indictment, Your Honor.

THE COURT: All right. Very well.

Then I'm going to enter a plea of not guilty on behalf of Mr. Quintanilla at this time. He has the right to persist with that plea and take the case to trial or to change that plea if he thinks it's appropriate at the -- at the appropriate time. Those proceedings will be before Judge Xavier Rodriguez.

Anything further from the defense at this time?

MS. DOUENAT: No, Your Honor.

THE COURT: All right. Very well.

That then concludes this hearing, and we're in recess at this time. Thank you.

** * **

*(3:12 p.m.)*

-oOo-

I, court approved transcriber, certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Date: 2/23/2026 /s/ Chris Poage
Approved Transcriber