UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 5:25-cr-00388-XR-1
)
JAIME ALBERTO QUINTANILLA-CHAVEZ, ) San Antonio, Texas
) July 24, 2025
Defendant. )
______________________________)

TRANSCRIPT OF BOND STATUS HEARING
BEFORE THE HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE

FOR THE DEFENDANT:
Marina Thais Douenat
Federal Public Defender's Office
300 Convent Street, Suite 2300
San Antonio, TX 78205

COURT RECORDER: FTR Gold

Proceedings reported by electronic sound recording. Transcript produced by computer-aided transcription.

*(1:38 p.m.)*

THE COURT: You may be seated.

THE CLERK: United States of America v. Jaime Alberto Quintanilla-Chavez, SA:25-CR-388.

THE COURT: Good afternoon. The government's been excused.

MS. DOUENAT: Yes. Good afternoon. Marina Douenat on behalf of Mr. Jaime Quintanilla-Chavez, Your Honor. And we're ready, but we're asking for a continuance, a brief continuance until August 6 on the conditions of bond, Your Honor. Mr. Javier Maldonado is going to be representing him in immigration court, and he just needs a little bit of time to --

THE COURT: I understand. Because, otherwise -- he's going to see what he can do at the immigration court to see if there is a way to prevent him just going straight into ICE custody and being deported before anything else can happen.

MS. DOUENAT: So he just wants to be able to make an appearance before he gets deported -- or not -- I mean, he can't be deported without going before a judge --

THE COURT: A judge.

MS. DOUENAT: -- technically speaking, because he's been here that long. But things are being so weird in immigration court --

THE COURT: Yeah.

MS. DOUENAT: -- that he wants to make sure --

THE COURT: That's all sorted out first.

MS. DOUENAT: Right. Right.

THE COURT: Okay. And it's my understanding you've conferred with the government, and they don't object to the continuance?

MS. DOUENAT: They don't object to the continuance to August 6th.

THE COURT: Okay. So the continuance to August 6th -- I think, Ms. Chaparro, you said 10:00 a.m.?

THE CLERK: Yes, Your Honor.

THE COURT: -- at 10:00 a.m. will be an order.

All right. Thank you. And we're in recess.

MS. DOUENAT: Thank you, Your Honor.

* * *

*(1:39 p.m.)*

-oOo-

I, court approved transcriber, certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Date: 2/23/2026 /s/ Chris Poage
Approved Transcriber